SIGNED.

Dated: June 7, 2012

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSEPH A MARRERO and ROSEANN MARRERO<br><br>Debtors. | Chapter 13<br><br>No. 4:10-bk-40326-JMM<br><br>**MEMORANDUM DECISION** |

    A hearing was held on June 5, 2012 which dealt with the threshold issue in this Chapter 13 case: Are the Debtors eligible for relief under this chapter? <u>See</u> Debtors' Objection to Claim 13 filed by Gregory J. Hughes and Response and Request for Hearing to Liquidate Amount filed by Susan Lundquist and Gregory J. Hughes ("Hughes") (ECF Nos. 57 and 60).

    The parties are familiar with the facts, and have well-briefed the legal issue. This court must determine, based upon the pleadings and exhibits before it, whether the Debtors' unsecured debts exceed $360,475. 11 U.S.C. § 109(e).

    Based on the Superior Court's summary judgment finding of liability against the Debtors, and in favor of claimants Hughes, the court gives prima facie validity to the Hughes' Proof of Claim. FED. R. BANKR. P. 3001(f). The court must also conclude that even if there may be debate over the exact amount of the claim (or indeed the totality of all of the Debtors' unsecured claims), it is clear that, for purposes of any initial and threshold

ruling on eligibility, that the unsecured claims appear to easily exceed the statutory debt limit of $360,475.[1]

Accordingly, a separate order will be entered which dismisses this Chapter 13 proceeding. All other unresolved motions are thereby rendered moot.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Noticing
Center ("BNC") to the following:

Attorney for Debtors
Jason M. Kelly, Attorney for Susan Lundquist and Gregory J. Hughes
Trustee
Office of the U.S. Trustee

---

[1] The Hughes' proof of claim was filed for $526,108.74, and for an additional $16,426.47. As pointed out at oral argument, another creditor claims $379,582.41. The total amount of all unsecured claims in the case, according to the Claims Register, is $1,060,366.86. It appears likely that non-contingent unsecured claims will exceed the statutory limit.